NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**MILLIPORE CORPORATION,**
*Plaintiff-Appellant,*

v.

**W.L. GORE & ASSOCIATES, INC.,**
*Defendant-Appellee.*

---

2011-1029

---

Appeal from the United States District Court for the District of Massachusetts in case no. 09-CV-10765, Judge Douglas P. Woodlock.

---

## ON MOTION

---

## ORDER

Upon consideration of Millipore Corporation's motion for leave to file a corresponding brief on CD-ROM,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

NOV 2 4 2010

————————————
Date

/s/ Jan Horbaly
————————————
Jan Horbaly
Clerk

cc: Susan G.L. Glovsky, Esq.
    James W. Poradek, Esq.

s21

**FILED**
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

NOV 2 4 2010

**JAN HORBALY**
**CLERK**